# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Chamelle Jefferson                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10741 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
15 Mar 2024, 16:02:35, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322