**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Chamelle Jefferson,** | : | Case No. 24-10741 (PMM) |
| | : | |
| **Debtor.** | : | |

**ORDER DISMISSING BANKRUPTCY CASE**

AND NOW this case having been filed on March 5, 2024;

AND the Debtor having failed to file the required schedules and statements, <u>see</u> doc. #7;

It is, hereby **ordered,** that the Debtor's bankruptcy case is **dismissed**.

Date:  3/28/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Chamelle Jefferson
1614 W. Godfey Avenue
Philadelphia, PA 19141