United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-10741-pmm

Chamelle Jefferson                                                          Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chamelle Jefferson, 1614 W. Godfey Avenue, Philadelphia, PA 19141-1926 |
| 14861603 | + | City of Philadelphia/Water Revenue Burea Law Depar, 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1504 |
| 14861607 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14865785 | + | Pennsylvania Housing Finance Agency, KML Law Group, PC., 701 Markey Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14861611 | + | U.S. Bank, Trustee for, Pennsylvania Housing Finance Agency, 211 N. Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14862182 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14861612 | + | University of Pennsylvania Hospital 3400 Spruce St, Philadelphia, PA 19104-4238 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 29 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14861604 | | Email/Text: bnc@nordstrom.com | Mar 29 2024 00:19:37 | Nordstrom Card Services, POB 6566, Englewood, CO 80155-6566 |
| 14861605 | ^ | MEBN | Mar 29 2024 00:15:08 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14861608 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2024 00:19:51 | Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14862182 | ^ | MEBN | Mar 29 2024 00:15:20 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14861613 | | Email/Text: megan.harper@phila.gov | Mar 29 2024 00:19:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14861614 | | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 29 2024 00:19:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

District/off: 0313-2                     User: admin                                    Page 2 of 2

Date Rcvd: Mar 28, 2024                  Form ID: pdf900                             Total Noticed: 14

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Chamelle Jefferson,** | : | **Case No. 24-10741 (PMM)** |
| | : | |
| **Debtor.** | : | |

## ORDER DISMISSING BANKRUPTCY CASE

AND NOW this case having been filed on March 5, 2024;

AND the Debtor having failed to file the required schedules and statements, see doc. #7;

It is, hereby **ordered,** that the Debtor's bankruptcy case is **dismissed**.

Date: **3/28/24**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Chamelle Jefferson
1614 W. Godfey Avenue
Philadelphia, PA 19141