**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Chamelle Jefferson,** | : | |
| Debtor. | : | Case No. 24-10741 (PMM) |

## ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the *pro se* Debtor's Motion to Reopen the above chapter 13 case (doc. #15, the "Motion");

It is hereby **ORDERED** that a **hearing** with regard to the Motion shall be held **on Wednesday, April 24, 2024 at 1:00 p.m.** The hearing will be held by Zoom teleconference:

https://www.zoomgov.com/j/1612765246?pwd=elZYOENIWUo5NVZzMnRIOTBkUDRWZz09

Meeting ID: 161 276 5246
Passcode: 737185

Dated: 4/16/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Chamelle Jefferson
1614 W. Godfey Avenue
Philadelphia, PA 19141