IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Chamelle Jefferson,** | : | |
| Debtor. | : | Case No. 24-10741 (PMM) |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the *pro se* Debtor's Motion to Reopen Chapter 13 Case (doc. #15, the "Motion"):

AND a hearing with regard to the Motion having been held and concluded on April 24, 2024;

AND for the reasons stated at the hearing, it is hereby **ordered** that the Motion is **denied**.

Dated: 4/24/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Chamelle Jefferson
1614 W. Godfey Avenue
Philadelphia, PA 19141